master *p. 101; (5) master's report confirmed, decree *p. 103.
PAPERS IN FILE: [None]
*Chancery Case .... of ....*

JOHN TRUAX *versus* EL-LIOTT GRAY, JOHN NOBLE, JOSH-UA HOWARD, GEORGE W. GALLA-GHER, SYLVIA C. LARNED (EXEC-UTRIX, ETC., OF CHARLES LARNED), AND FRANKLIN SAWYER, JR. (EXEC-UTOR, ETC., OF HANNIBAL WRIGHT).

JOURNAL ENTRIES (1835): *Journal 5:* (1) Motion for injunction and receiver *p. 66; (2) motion for rule to plead, answer, or demur *p. 87.
PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) motion for injunction and receiver.
*Chancery Case* 188 of 1834.

EDWARD BROOKS *versus* DAVID C. McKINSTRY (ADMINIS-TRATOR, ETC., OF JAMES MAY), ELIZ-ABETH GODFROY, GABRIEL GOD-FROY, ANN AUDRAIN, PETER FRANCIS AUDRAIN, MARIA MO-RAN, LOUIS MORAN, CAROLINE A. FRASER, ALEXANDER D. FRA-SER, MARGARET BROOKS, BEN-JAMIN MAY, AND SAMUEL MAY.

JOURNAL ENTRIES (1835): *Journal 5:* (1) Guardian ad litem appointed; rule to plead, answer, or demur *p. 66; (2) motion for decree pro confesso and for reference to master, motion for leave to answer *p. 92; (3) bill taken as confessed, referred to master *p. 93; (4) referred to special